Justin O. Burton (6506)
Scott T. Blotter (6185)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor
448 E. Winchester St., Suite 175
Murray, Utah 84107
(801) 288-0202

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 23-21009 |
|---|---|
| ZACHARY EMETT, | Chapter 13 |
| Debtor. | Hon. William T. Thurman |

### MOTION TO ABATE CHAPTER 13 PLAN PAYMENTS

Pursuant to 11 U.S.C. §1329, the Debtor, Zachary Emett, hereby respectfully moves the Court to abate the Chapter 13 Payments due through and including June 25, 2023.

In support, thereof, Debtor states he recently completed rehabilitation for alcoholism and does not have the ability to make his May or June Plan payment. Debtor believes that he will be able to resume payments with the payment due July 25, 2023. Debtor requests that the Court abate $2,310.

WHEREFORE, Debtor respectfully requests that the Court abate Plan payments totaling $2,310.

Dated: June 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Justin O. Burton
　　　　　　　　　　　　　　　　**Rulon T. Burton and Associates**
　　　　　　　　　　　　　　　　Attorneys for Debtor