Justin O. Burton (6506)
Scott T. Blotter (6185)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor
448 E. Winchester St., Suite 175
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 23-21009 |
|---|---|
| ZACHARY EMETT, | Chapter 13 |
| Debtor. | Hon. William T. Thurman |

### NOTICE OF MOTION TO ABATE CHAPTER 13 PLAN PAYMENTS AND NOTICE OF OPPORTUNITY FOR HEARING

### DEADLINE TO OBJECT: JUNE 30, 2023

PLEASE TAKE NOTICE that the Debtor has filed a Motion to Abate Chapter 13 Plan Payments.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

Debtor requests that the Court: Abate Plan payments totaling $2,310.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH HEREIN.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must take the following two steps:

(1) On or before June 30, 2023, file with the Bankruptcy Court a written Objection explaining your position. Your written Objection must be filed electronically, by mail, or by hand-delivery at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before June 30, 2023. You

must also mail a copy to the undersigned counsel at Rulon T. Burton & Associates, 448 E. Winchester St., Suite 175, Murray, Utah 84107.

(2) Attend a hearing on July 5, 2023 at 2:30 p.m. before the Honorable William T. Thurman. The hearing, if held, will be conducted via ZOOM. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding virtual participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before the Honorable William T. Thurman should join the meeting listed below at least ten (10) minutes before the scheduled date and time for the hearing:

| | |
|---|---|
| Telephone Number: | 1-669-254-5252 |
| Meeting access information: | |
| Chief Justice Joel T. Marker (JTM): | Meeting ID: 16154788875<br>Passcode/Participate ID: 3834858 |
| Judge Hunt (PH): | Meeting ID: 161 4747 8650<br>Passcode/Participant ID: 9671833 |
| Judge Anderson (KRA): | Meeting ID: 160 3007 6397<br>Passcode/Participant ID: 6001201 |
| Judge Thurman (WTT): | Meeting ID: 160 7523 8590<br>Passcode/ID: 9626637 |

**There will be no further notice of the hearing,** and failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an Order approving the Motion without hearing.

DATED: June 5, 2023

/s/
Justin O. Burton
**Rulon T. Burton & Associates**
Attorneys for Debtor

## MAILING CERTIFICATE

  Under penalty of perjury, I hereby certify that on June 6, 2023, I caused to be delivered electronically and/or mailed, postage prepaid, a true and correct copy of the **NOTICE OF MOTION TO ABATE CHAPTER 13 PLAN PAYMENTS AND NOTICE OF OPPORTUNITY FOR HEARING** to the following: TO ALL LISTED ON ATTACHED COURT MATRIX.

                  /s/
                 Mailing Clerk

```
Label Matrix for local noticing      Accent Painting                      Brents Interiors
1088-4                               158 West 1600 South, Ste 100         312 West St George Blvd
Case 23-21009                        Saint George, UT 84770-6706          Saint George, UT 84770-3352
District of Utah
St. George
Tue Jun  6 10:09:15 MDT 2023

Justin O. Burton                     Capital One Bank                     Capital One N.A.
Rulon T. Burton & Assoc.             Attn: Bankruptcy Dept                by American InfoSource as agent
448 E Winchester St Suite 175        PO Box 30285                         PO Box 71083
Murray, UT 84107-8503                Salt Lake City, UT 84130-0285        Charlotte, NC 28272-1083


Carpets Plus                         Credit One Bank                      Cyprus Credit Union
1301 West Sunset Blvd                PO Box 98873                         PO Box 9002
Saint George, UT 84770-4224          Las Vegas, NV 89193-8873             West Jordan, UT 84084-9002


Dixie Roof Repairs                   Zachary Emett                        Flooring Connection
2224 Salt Cedar Drive                2276 Shilo Circle                    765 North Bluff Street, Ste H
Washington, UT 84780-8365            Saint George, UT 84790-8097          Saint George, UT 84770-2656


Genesis FS Card                      IRS                                  Lon Jenkins tr
Attn: Bankruptcy                     Centralized Insolvency Operations    Ch. 13 Trustee's Office
PO Box 4477                          PO Box 7346                          465 South 400 East
Beaverton, OR 97076-4401             Philadelphia, PA 19101-7346          Suite 200
                                                                          Salt Lake City, UT 84111-3345


LVNV Funding, LLC                    MERRICK BANK                         Marlin Plumbing
Resurgent Capital Services           Resurgent Capital Services           3414 Chimney Rock Drive
PO Box 10587                         PO Box 10368                         Saint George, UT 84790-5201
Greenville, SC 29603-0587            Greenville, SC 29603-0368


Merrick Bank Corp                    Midland Credit Management, Inc.     Mission Demolition
PO Box 9201                          PO Box 2037                          1504 South 2520 East
Old Bethpage, NY 11804-9001          Warren, MI 48090-2037                Saint George, UT 84790-7104


Mountain America Credit Union        NetCredit                            Plaza Services, LLC
Attn: Asset Management/Bankruptcy    175 West Jackson Blvd., Suite 1000   PO BOX 1931
PO Box 2331                          Chicago, IL 60604-2863               Burlingame, CA 94011-1931
Sandy, UT 84091-2331


Potter and Sons Flooring             Red Rock Financial                   Sallie Mae, Inc
946 West Sunset Blvd, #J             411 South Main Street                Attn: Bankruptcy
Saint George, UT 84770-4882          Cedar City, UT 84720-3448            PO Box 9500
                                                                          Wilkes Barre, PA 18773-9500


Small Business Financial Solutions, LLC    St George City Utilities       USTC
PO BOX 1931                                175 East 200 North             Attn: Bankruptcy Unit
Burlingame, CA 94011-1931                  Saint George, UT 84770-3795    210 North 1950 West
                                                                          Salt Lake City, UT 84134-7040
```

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah First Property Management
1240 East 100 South Ste #5
Saint George, UT 84790-3070

Utah State Tax Commission
Attn Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

Aaron M. Waite
Office of Utah Attorney General
160 E 300 S, Fifth Floor
Salt Lake City, UT 84114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Anthony Demann

(u)Brett & Susan Conrad

(u)Christensen Drywall
1164 West 980 North
RETURNED MAIL--99999

(u)Dylan Done

(u)Jaxon Vernon

(u)Justin (unknown)

(u)Kevin Watkins

(u)Leonard Rosenbloom

(u)Nancy McNicol

(u)Nova Insulation

(u)Pioneer Flooring Systems
204 Playa Della Rosita
RETURNED MAIL--99999

(u)Stanford Saline

(u)Tyson & Marie Gillies

End of Label Matrix
Mailable recipients    33
Bypassed recipients    13
Total                  46